

MEMBER NY, NJ & D.C. BAR

# LUIS O. DIAZ, ESQ. PLLC

ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

---

December 10, 2020

**Via ECF**
Honorable Lorna G. Schofield
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 35.

Dated: December 16, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: <u>United States v. Carlos Munoz</u>
Case No.: S1 16 CR 172 (LGS)

Dear Judge Schofield:

I am writing on behalf of the above-named defendant, Carlos Munoz, who was sentenced before Your Honor on July 30, 2019. As part of his conditions of pretrial release, Mr. Munoz was required to surrender his Passport to the United States Pretrial Services Office. Mr. Munoz was informed by Pretrial Services that an Order from this Court is required authorizing the release of his Passport.

Counsel respectfully requests that Your Honor endorse this letter as an Order <u>directing the United States Pretrial Services Office to release Mr. Munoz's Passport</u>.

Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

Luis O. Diaz, Esq.

Cc: AUSA Robert Sobelman (via ECF)